IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE Division

COLMAN, DENISE
COPPEDGE, LOYD C.
SIRCY JR., RICHARD A.
STEFFY, TROY M.

        Plaintiffs,

v.

DOLLAR TREE STORES, INC.,

        Defendant.

Civil Action No. 3:13-0069
Judge Campbell
Magistrate Bryant

## ORDER GRANTING JOINT MOTION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND FOR OUT OF STATE COUNSEL TO APPEAR BY TELEPHONE

Pending before the Court is a Joint Motion to Continue Initial Case Management Conference and to Allow Out of State Counsel to Appear by Telephone.

The Motion is GRANTED. The Initial Case Management Conference is hereby continued and rescheduled for **Tuesday, March 26, 2013 at 2:00 PM** before Magistrate Judge John S. Bryant. Additionally, any out-of-state counsel of record may appear telephonically for the Initial Case Management Conference.

It is so Ordered, this 14th day of March, 2013.

_____
Magistrate Judge John S. Bryant